## Commonwealth *v.* Eagle, Appellant.

Submitted March 18, 1968. *David*

*Paul Eagle,* appellant, in propria persona; *M. Joseph Melody,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.